QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY A. VALLIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br> ANTHONY A. VALLIER,                )<br>                                    )<br>            Defendant.              )<br>                                    )<br> _____    ) | No. CR. S-04-0352 MCE<br><br>**STIPULATION AND ORDER<br>MODIFYING BRIEFING SCHEDULE**<br><br>Date:  October 11, 2005<br>Time:  8:30 a.m.<br>Judge: Hon. Morrison C. England Jr. |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Anthony Vallier, through their attorneys, that the schedule for briefing on a motion to suppress evidence may be amended as follows:

    1.   The motion and a supporting memorandum shall be filed by September 13, 2005;

    2.   Any opposition to the motion shall be filed by September 27, 2005;

    3.   A reply brief may be filed by October 4, 2005;

    Hearing on the motion shall be held October 11, 2005, at 8:30 a.m., which is the date scheduled by previous stipulation and order.  Should it

be necessary to hear evidence in order to decide the motion, an evidentiary hearing may be scheduled at a later date and time.

The parties note that the Court has previously ordered time under the Speedy Trial Act excluded through the date of the hearing scheduled for October 11, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

```
                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

Dated: September 12, 2005           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ANTHONY A. VALLIER


                                    McGREGOR SCOTT
                                    United States Attorney


Dated: September 12, 2005           /s/ M. Stegman
                                    MATT STEGMAN
                                    Assistant U.S. Attorney
```

**O R D E R**

The modified briefing schedule is adopted.

IT IS SO ORDERED.

Dated: September 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2