```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ANTHONY A. VALLIER
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. CR. S-04-0352 MCE
                                 )
12              Plaintiff,       )
                                 )  AMENDED STIPULATION AND ORDER
13       v.                      )  MODIFYING BRIEFING AND HEARING
                                 )  SCHEDULE
14  ANTHONY A. VALLIER,          )
                                 )
15              Defendant.       )  Date:  October 11, 2005
                                 )  Time:  8:30 a.m.
16  _____)  Judge: Hon. Morrison C. England Jr.
```

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Anthony Vallier, through their attorneys, that the schedule for briefing and hearing on a motion to suppress evidence may be amended as follows:

   1.   The government's opposition to defendant's shall be filed by October 11, 2005; Mr. Vallier may file a reply by October 18, 2005;

   2.   Hearing on the motion shall be continued from October 11 to October 25, 2005, at 8:30 a.m.  Should it be necessary to hear evidence in order to decide the motion, an evidentiary hearing may be scheduled at a later date and time.

The parties recognize that time under the Speedy Trial Act continues to be automatically excluded while the motion is pending.

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: September 30, 2005        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for ANTHONY A. VALLIER


                                 McGREGOR SCOTT
                                 United States Attorney

Dated: September 30, 2005        /s/ M. Stegman
                                 MATT STEGMAN
                                 Assistant U.S. Attorney

**O R D E R**

The modified briefing schedule is adopted and the hearing is continued to October 25, 2005, at 8:30 a.m.

IT IS SO ORDERED.

Dated: October 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2