1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )
                                 )   CR. NO. S-04-0352-MCE
12              Plaintiff,       )
                                 )   MOTION TO DISMISS
13      v.                       )   INDICTMENT; ~~[PROPOSED]~~ ORDER
                                 )
14 ANTHONY ALLAN VALLIER,        )
                                 )
15              Defendant.       )
   _____)

16

17         Plaintiff United States of America, by and through its

18 undersigned counsel, pursuant to Rule 48(a), Fed. R. Crim. P.,

19 submits this motion to dismiss without prejudice the indictment

20 filed in this case against ANTHONY ALLAN VALLIER on September 22,

21 2004.

22    The defendant has filed a motion to suppress evidence, based in

23 part on a technical omission in the search warrant affidavit

24 regarding the defendant's residence address and facts tying that

25 address to the location of the computer containing child

26 pornography.  Although this was a technical oversight by the officer

27 drafting the search warrant affidavit, based on the holding in the

28

                                  1

Ninth Circuit case of <u>United States v. Hove</u>, 848 F.2d 137 (1988), it appears that the warrant is deficient.  Further, it appears from the <u>Hove</u> holding that although the officer relied on the warrant in good faith, the government cannot rely upon the good faith reliance of the officer under <u>United States v. Leon</u>, 468 U.S. 897 (1984).

Therefore, the government moves to dismiss the indictment without prejudice.

DATED: October 5, 2005                    Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney


                                          <u>/s/ Matthew C. Stegman</u>
                                          MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney


                                    Order

The indictment against ANTHONY ALLAN VALLIER in this case, filed September 22, 2004, is dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 13, 2005


                    _____
                    MORRISON C. ENGLAND, JR.
                    UNITED STATES DISTRICT JUDGE